Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-288

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** White Buffalo Calf Woman

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 28, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061825



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-263

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Octopus #1

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 04, 2014
**Nation of 1st Publication:** United States

## Author

• **Author:** Daniel Jay Eskridge
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061813



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-287

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Warriors of the Plains

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061824



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-278

**Effective Date of Registration:**
June 18, 2025

**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Spinosaurus and Full Moon

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061818



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-289

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Wolves on the Hunt

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 04, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061826



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-247

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Ankylosaurus in a Wetland |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | April 10, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Jay Eskridge |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Jay Eskridge |
| | 2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 18, 2025 |
| **Applicant's Tracking Number:** | DE2025061803 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-261

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Galloping Mustangs

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 06, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061811



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-255

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Buffalo Storm

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 25, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061806



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-262

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Lords of the Ice Age

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 23, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061812



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-455-671

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Age of Sail

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 22, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061801



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-257

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Cthulu

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 14, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061808



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-266

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:**  Running with Buffalo

## Completion/Publication

**Year of Completion:**  2012
**Date of 1st Publication:**  November 03, 2012
**Nation of 1st Publication:**  United States

## Author

**•**     **Author:**  Daniel Jay Eskridge
**Author Created:**  2-D artwork
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:**  Art Licensing International, Inc.
**Name:**  Jack Appelman
**Address:**  PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:**  David Denholm
**Date:**  June 18, 2025
**Applicant's Tracking Number:**  DE2025061815



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-455-256

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Ceratosaurus Moon

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 23, 2019
**Nation of 1st Publication:** United States

## Author

**Author:** Daniel Jay Eskridge
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-265

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Pandas in a Bamboo Forest

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 29, 2014
**Nation of 1st Publication:** United States

## Author

**•**

**Author:** Daniel Jay Eskridge
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061814



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-267

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Sabre Tooth Pounce

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 11, 2015
**Nation of 1st Publication:** United States

## Author

**•  Author:** Daniel Jay Eskridge
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061816



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-269

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Sitting Giraffe

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 29, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061817



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-283

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** The Knight Templar

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 01, 2019
**Nation of 1st Publication:** United States

## Author

• **Author:** Daniel Jay Eskridge
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061821



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-284

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** The White Elk

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 18, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061822



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-281

**Effective Date of Registration:**
June 18, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** The Hunter and The Buffalo

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 15, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Jay Eskridge
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jay Eskridge
2846 Piedmont Enclave Ct., Marietta, GA, 30066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** June 18, 2025
**Applicant's Tracking Number:** DE2025061820

