**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DANIEL JAY ESKRIDGE,

    Plaintiff,                                                       Case No.: 1:26-cv-00342

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | 义乌市霖挦电子商务有限公司 |
| 2 | Shihuang's Poster Shop |
| 3 | Baby soter |
| 4 | zhi xiong Transformation poster |
| 5 | sanyajiyangqushangxiamaoyishanghang |
| 6 | Sky Wall Art Poster |
| 7 | LUXPX |
| 8 | PuYangCuiPingZhongZhiJia |
| 9 | bing fan Ordinary poster |
| 10 | Taotao poster |
| 11 | jia yi Decompression poster |
| 12 | ZhuZhouBinYiShangMaoYouXianGongSi |
| 13 | xiao yi high art poster |
| 14 | guangzhougongsuishangmaoshanghanggerenduzi |
| 15 | hong yi Yida poster |
| 16 | xiu he Fix the poster |
| 17 | cheng kai Lament poster |
| 18 | wen yuan Midnight poster |
| 19 | yi jian health poster |
| 20 | jiangxixintuhuimaoyiyouxiangongsi |
| 21 | xu USJHXNGGDB |
| 22 | zhi peng Conductor poster |
| 23 | rong jia Inspirational poster |
| 24 | biyou poster |
| 25 | zhi IDJEHNDKNX |

| | |
|---|---|
| 26 | Super ZJM |
| 27 | lyxrrdq |
| 28 | zhaoyy |
| 29 | WangHu2025 |
| 30 | linxiuminghaibao |
| 31 | DaFengXinXingJianCai |
| 32 | YangJiangShiQianJinMaoYiYouXianGongSi |
| 33 | 淮音商贸行 |
| 34 | KUIZEE |
| 35 | lichengzhi2023 |
| 36 | KOCOART |
| 37 | luluyee |
| 38 | ChliEarime Heicatte |
| 39 | ChliEarime Hecate |
| 40 | Qi You Qi |
| 41 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 42 | HengYangXianZhaoWanShangMaoYouXianGong |
| 43 | BEIBEEe |
| 44 | 海冯边玩具 |
| 45 | VIKKO |
| 46 | Shi Yun Art Poster |
| 47 | xin quan high art poster |
| 48 | zhi bin HD art poster |
| 49 | jing elaborate poster |
| 50 | he yu art poster |
| 51 | YUJIJER Decor |
| 52 | LINjie lingshou |
| 53 | XIAYUHEF |
| 54 | COCOXI Home |
| 55 | Sacozy Home |
| 56 | HAIHAI POSTER |
| 57 | HUU DŨNG TORO LUXURY SHOP5556688 |
| 58 | ming bai White poster |
| 59 | Goldmaker |
| 60 | linjinhongsb |
| 61 | jiananruikang |
| 62 | TUẤN KIÊN KUFUBANDA TORO SHOP22222222222222 |
| 63 | Lin fubin |
| 64 | chenchenArt |
| 65 | JinXiangYang |

2

| 66  | SanYaHH |
|-----|---------|
| 67  | Mydababy Store |
| 68  | CCZ Home |
| 69  | HONLERLY Decor |
| 70  | tianjinart |
| 71  | Sleaf WALLART |
| 72  | Aluy's boutique |
| 73  | WODAICALLMIURAL |
| 74  | tigersun |
| 75  | Chen Yang art seller |
| 76  | 仙游县榜头镇伟标工艺品店 |
| 77  | Mayhome |
| 78  | hfjyrog poster |
| 79  | BEIKA Art Poster |
| 80  | Special home decoration |
| 81  | Warm Holiday Poster Decoration |
| 82  | ZZY Decorative Art |
| 83  | qiang tian poster |
| 84  | Humorous Home Decorative Painting |
| 85  | MaoFaCai |
| 86  | Perfect Home Decoration Painting |
| 87  | ZZY De Poster Decorate |
| 88  | YiNanBiFaCai |
| 89  | LJM Poster |
| 90  | CQQ DE POSTER |
| 91  | Warm YYT Decorative |
| 92  | JIN Decorative Poster Art |
| 93  | Ling Teng Poster |
| 94  | Joyfullo |
| 95  | Nordica Art Decor |
| 96  | Horse Animal Poster |
| 97  | be reborn programmer |
| 98  | reborn Tong |
| 99  | Cocoon Parcelure |
| 100 | LSL Digital oil painting factory |
| 101 | Pop Art Poster |
| 102 | YCX PixelPalette |
| 103 | ZYZ Poster Paintings |
| 104 | LIYEJIAYIN poster |
| 105 | HQXjk |
| 106 | Refined Canvas |

| | |
|---|---|
| 107 | HXF Decorative paintings and posters |
| 108 | CYC Decorative paintings and posters |
| 109 | Artistic creator |
| 110 | TYG Digital oil painting factory |
| 111 | TT Jiabu painting |
| 112 | Self Esteem Poster |
| 113 | E Distant decorative painting |
| 114 | E Fast decorative painting |
| 115 | yonggexiaodian |
| 116 | Nebula Brushworks |